# Patel Fuller

January 24, 2023


VIA ELECTRONIC FILING


Karen Mitchell, Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce St., Rm. 1452
Dallas, TX 75242


**RE:    COMPLIANCE WITH LOCAL RULE 83.10**

   No.:      3:22-cv-01985-K
   Style:    Glover *v*. Praetorian Insurance Company
   Court:    Honorable United States District Court, Northern District of Texas


Dear Court Clerk:

I, the undersigned counsel, am local counsel in the above-identified case. This letter is filed for the purpose of verifying compliance with Local Rule 83.10(a), pertaining to the circumstances when a litigant must retain or appoint local counsel. *See* N.D. Tex. LR 83.10(a) ("Unless exempted by LR 83.11, local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district. 'Local counsel' means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal

office is located within 50 miles of the courthouse in the division in which the case is pending.").

The undersigned counsel's principal office is located at 1211 East 15th Street, Plano, Texas 75074-6207, which is in the Eastern District of Texas. However, the office is less than fifty (50) miles from the courthouse for the Dallas Division, located at 1100 Commerce Street, Dallas, Texas 75242. Additionally, the undersigned counsel's residence is in Dallas County, Texas, within the Court's district, and in the Dallas division.

Should further verification be required, please let me know and I will promptly provide the same.

Respectfully,

Naval H. Patel